UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIM STACEY
     Plaintiff,

v.                                        Case No.

HOME DEPOT USA, INC
     Defendant.

_____/

The Cortese Law Firm, P.L.C.
Attorney for Plaintiff
By:    Nanette L. Cortese (P43049)
30200 Telegraph Road, Ste. 400
Bingham Farms, Michigan 48025
Tel. (248) 593-6933
Fax. (248) 593-7933

_____/

## PLAINTIFF'S COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff Tim Stacey, by and through his attorneys THE CORTESE LAW FIRM, P.L.C., and for this his Complaint states as follows:

### I.      PARTIES AND JURISDICTION

1. That at all times relevant hereto, the Plaintiff, was and is a resident in the State of Michigan.

2. At all relevant times hereto, the Defendant conducted business in the State of Michigan.

3. This action arises under the federal Family Medical Leave Act and jurisdiction is conferred upon this Court under 28 U.S.C. 1331 and this Honorable Court has subject matter jurisdiction since this case presents a federal question.

4. Venue is appropriate in this Court.

## COUNT I – FAMILY MEDICAL LEAVE ACT

5. Plaintiff re-alleges and reaffirms paragraphs 1 though 4 above as if fully set forth herein, word-by-word and paragraph-by-paragraph.

6. Tim Stacey was diagnosed with a blood clot in December 2011 and experienced chest pains in February and March of 2012.  In December 2011, he was taken by ambulance to Northern Michigan hospital and diagnosed with a pulmonary embolism.

7. In late February 2012, Tim Stacey experienced chest pains on the left side and informed his coworkers and his Store Manager.  He was instructed by his Store Manager to go see a doctor.  His doctor sent him for a stress test at the hospital, and he took the next day off.

8. Tim Stacey was informed, on or about March 19, 2012, that he was being terminated for performance issues.  However, Timothy Stacey had been performing adequately in his job as a Department Manager for Defendant at the Gaylord store.

9. It is more plausible than not that Plaintiff's termination was in violation of the Family Medical Leave Act and the purported reason for his termination was pretextual.

10. 29 U.S.C. § 2615(a)(1) prohibits covered employers from interfering with, restraining or denying exercise of FMLA rights and is enforceable under Section 107 of the FMLA.

11. Defendant's actions including Defendant's discharge of Plaintiff upon his return from a qualifying Family Medical Leave Act leave constituted interference with, restraint, or denial of an exercise of Plaintiff's rights under the Family Medical Leave Act.

12. Alternatively, Defendant's actions in terminating Plaintiff's employment were in retaliation for Plaintiff taking an allowed leave under the FMLA and constituted adverse employment actions.  Plaintiff availed himself of a protected right under the FMLA by taking an FMLA protected leave. Plaintiff suffered an adverse employment action by

having his employment terminated and there was a causal connection between Plaintiff's exercise of his rights under the FMLA and the adverse employment action.

13. Defendant's actions, as set forth above, were in violation of the Family Medical Leave Act.

14. Defendant's actions constituted a willful violation of the Family Medical Act.

15. As a result of Defendant's actions, Plaintiff has suffered damages, including, but not necessarily limited to, lost wages, lost benefits, emotional distress, embarrassment and humiliation and has incurred attorneys fees and costs.

16. Plaintiff hereby demands trial by jury of his claims.

WHEREFORE, Plaintiff Tim Stacey respectfully requests this Honorable Court enter a judgment in his favor in an amount of for all damages allowable under the Family Medical Leave Act, including any doubling or trebling of damages as well as attorneys fees and award him costs, interest and attorney's fees.

## COUNT II – VIOLATION OF MICHIGAN PERSONS WITH DISABILITIES WITH CIVIL RIGHTS ACT

17. Plaintiff re-alleges and reaffirms paragraphs 1 though 16 above as if fully set forth herein, word-by-word and paragraph-by-paragraph.

18. Plaintiff Tim Stacey either had a disability which had the effect of limiting his major life activities and/or Defendant perceived that he had such a disability.

19. The circumstance of Plaintiff's termination make it more plausible than not that he was terminated by Defendant based, in whole or in part, either upon his disability or upon Defendant's perception that Plaintiff had a disability.

20. Plaintiff has been damaged by Defendant's actions, including suffering loss of past wages, loss of future wages, loss of benefits, loss of opportunity for promotion, emotional distress, embarrassment, etc.

WHEREFORE, Plaintiff Tim Stacey respectfully requests this Honorable Court enter a judgment in his favor in an amount of for all damages allowable under the Michigan Persons with Disabilities Civil Rights Act, including, but not necessarily limited to, back pay, front pay, equitable relief, emotional distress, exemplary damages, costs, interest and attorney's fees.

Respectfully Submitted,

THE CORTESE LAW FIRM, P.L.C.

/s/ NANETTE L. CORTESE
Nanette L. Cortese, Esq. (P43049)
Attorney for Plaintiff
30200 Telegraph Road, Ste. 400
Bingham Farms, MI 48034
Tel: (248) 593-6933
Fax: (248) 593-7933

March 13,  2013

NITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIM STACEY
     Plaintiff,

v.                                                              Case No.

HOME DEPOT USA, INC
     Defendant.

_____/

The Cortese Law Firm, P.L.C.
Attorney for Plaintiff
By:    Nanette L. Cortese (P43049)
30200 Telegraph Road, Ste. 400
Bingham Farms, Michigan  48025
Tel. (248) 593-6933
Fax. (248) 593-7933

_____/

## PLAINTIFF'S JURY DEMAND

     Now comes the Plaintiff Tim Stacey, by and through his attorneys, The Cortese Law

Firm,  PLC and hereby demands a trial by jury of his claims in this action.

Respectfully Submitted,

                THE CORTESE LAW FIRM, P.L.C.

                /s/ NANETTE L. CORTESE
                Nanette L. Cortese, Esq. (P43049)
                Attorney for Plaintiff
                30200 Telegraph Road, Ste. 400
                Bingham Farms, MI 48034
                Tel: (248) 593-6933
                Fax: (248) 593-7933

       March 13,  2013